AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP - 4 2024
ARTHUR JOHNSTON
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>DANIEL CHRISTIAN JOHNSON<br><br>*Defendant(s)* | Case No. 3:24-mj-271-LGI |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 1, 2024 to August 28, 2024__ in the county of __Lauderdale__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 844(e) | Explosive Materials-Willfully Making a Threat |
| 18 U.S.C. Section 875(c) | Interstate Communications with Threat to Kidnap or Injure |

This criminal complaint is based on these facts:
See the Attached Affidavit of FBI Special Agent Tara Ford, incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Tara Ford
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/4/2024

_____
*Judge's signature*

City and state: Jackson, MS

U.S. Magistrate Judge LaKeysha Greer Isaac
*Printed name and title*