IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

SEP -4 2024

ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24-mj-271-LGI

DANIEL CHRISTIAN JOHNSON

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Now comes Todd W. Gee, United States Attorney in and for the Southern District of Mississippi, and respectfully represents:

THAT DANIEL CHRISTIAN JOHNSON now detained in the Lauderdale County Jail, is a defendant in this cause, and his presence is required in the Southern District of Mississippi at Jackson, Mississippi, on September 5, 2024, at 9:00 a.m., for certain proceedings in regard to the above-mentioned criminal action wherein he is a defendant.

WHEREFORE, premises considered, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be issued directing the Lauuderdale County Jail, to deliver the body of DANIEL CHRISTIAN JOHNSON to any United States Marshal, or his deputy, or Special Agent of the Federal Bureau of Investigation, and have him there in this cause beginning on September 5, 2024, at 9:00 a.m., for certain proceedings and thereafter at such times and places as required, it being ordered specifically herein that this Petition shall remain in full force and effect for delivery of the defendant to this Court at proceedings conducted in this cause until the case is disposed of, and thereafter any United States Marshal, or his deputy, or Special Agent of the FBI, shall return the aforesaid defendant to the Lauderdale County Jail, Meridian, Mississippi, under safe and secure conduct. And your petitioner further prays for such other and further orders as may be necessary in the premises.

Date: September 4, 2024

                        Respectfully submitted,

                        TODD W. GEE
                        United States Attorney

By:    */s:/ Samuel Goff*
           Samuel Goff, MS Bar No. 105813
           Assistant United States Attorney
           601-973-2855